UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

TERRY P. WILLIAMS,                         )
                                           )
                    Plaintiff,             )
                                           )
            vs.                            )        1:13-cv-01605-SEB-MJD
                                           )
CAROLYN W. COLVIN,                         )
                                           )
                    Defendant.             )

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's

Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and

the rules of this Court to file objections; none were filed. The Court, having considered the

Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report

and Recommendation.

Date: 9/4/2014

_____

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Adam Mathew Dulik
adam.dulik@gmail.com

Thomas E. Kieper
tom.kieper@usdoj.gov